AO 133
(Rev 7/82)

# BILL OF COSTS

| United States District Court | DISTRICT Middle District of Pennsylvania |
|---|---|
| Jack Soberick, <br>       Plaintiff <br> V. <br> Borough of Lansford, et al. <br>       Defendants | DOCKET NO. <br> 3:CV-04-1738 <br> MAGISTRATE CASE NO. |

Judgment having been entered in the above entitled action on   Sept. 15, 2008   against Plaintiff
                                                                             date
the clerk is requested to tax the following as costs:

### BILL OF COSTS

| | |
|---|---|
| Fees of the clerk ................................................................................ | $ |
| Fees for service of summons and complaint ..................................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ................................ | |
| Fees and disbursements for print ....................................................... | |
| Fees for witnesses (itemized on reverse side) ................................... | |
| Fees for exemplification and copies of papers necessarily\ obtained for use in case (Attachment A) ............................... | $52.00 |
| Docket fees under 28 U.S.C. § 1923 ................................................. | $ 20.00 |
| Costs incident to taking of depositions (Attachment B) ..................... | $2,280.00 |
| Costs as shown on Mandate of Court of Appeals ............................. | |
| Other costs (Please itemize) .............................................................. | |
| | |
| TOTAL | $ 2,352.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Briefs should be submitted supporting the necessity of the requested costs and citing cases supporting taxation of costs.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereto to:
John P. Karoly, Jr, Esquire, Karoly Law Offices, P.C., 1555 N. 18th Street, Allentown, PA 18104

SIGNATURE OF ATTORNEY    *[signature]*

FOR:   Defendant Barry Moran                      DATE: October 15, 2008
      Name of claiming party

Please take notice that I will appear before the clerk who will tax said costs on the following day and time:

DATE AND TIME:

Costs are hereby taxed in the following amount and included in the judgment:

AMOUNT TAXED
$

| CLERK OF COURT | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | TOTAL COST EACH WITNESS |
| | DAYS | TOTAL COST | DAYS | TOTAL COST | MILES | TOTAL COST | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28 which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On Motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

## IN THE UNITED STATES DISTRICT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACK SOBERICK,** | : | **JURY TRIAL DEMANDED** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | No. 3:CV-04-1738 |
| | : | |
| **BOROUGH OF LANSFORD,** *et al.*, | : | **(JUDGE MUNLEY)** |
| | : | |
| **Defendants** | : | **Electronically Filed** |

### FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN CASE

Exhibits in Support of Defendant Barry Moran's Motion for Summary Judgment Filed March 24, 2008:

  520 pages x $.10 per page =  $52.00

# EXHIBIT A

# IN THE UNITED STATES DISTRICT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACK SOBERICK,** | : | **JURY TRIAL DEMANDED** |
| **Plaintiff** | : | |
| v. | : | No. 3:CV-04-1738 |
| **BOROUGH OF LANSFORD,** *et al.*, | : | (JUDGE MUNLEY) |
| **Defendants** | : | **Electronically Filed** |

## COSTS INCIDENT TO THE TAKING OF DEPOSITIONS

| | |
|---|---|
| Statement on the Record Taken 7/17/06 . . . . . . . . . . . | $   95.00 |
| Deposition of John Soberick Taken 8/15/07 . . . . . . . . | $1,083.55 |
| Deposition of John Soberick Taken 1/21/08 . . . . . . . . | $ 394.95 |
| Deposition of Jeremy Sommers Taken 1/21/08 . . . . . | $ 258.00 |
| Deposition of Barry Moran Taken 2/20/08 . . . . . . . . . | $ 448.50 |
| TOTAL | $2,352.00 |

# EXHIBIT B



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1600 John F Kennedy Blvd. Ste. 1210
Philadelphia, PA 19103
(215)988-9191  FAX(215)988-9089

192438     PEOPM01

To:
COMMONWEALTH OF PENNSYLVANIA
APPELLATE LITIGATION SECTION
STRAWBERRY SQUARE
HARRISBURG, PA 17120

ATTN : HOWARD G. HOPKIRK, ESQ.

| INVOICE NUMBER | DATE |
|---|---|
| 206743EPA | 08/11/06 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:** SOBERICK VS. THE BOROUGH OF LANSFORD

SERVICES PROVIDED ON 07/17/06:

STATEMENT ON THE RECORD

REGULAR DELIVERY
TRANS OF PROCEEDINGS (MINIMUM)   85.00
SHIPPING & HANDLING              10.00

NI

O.k to pay
H. Hopkirk

**RECEIVED**
**AUG 1 7 2006**
Office of Attorney General
Appellate Litigation Section

√#116489-001

| BALANCE DUE | TOTAL | 95.00 | Thank You! |
|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. BOX 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 192438   TOT: $95.00
INVOICE #: 206743EPA
DATE: 08/11/06

COMMONWEALTH OF PENNSYLVANIA
Attn: HOWARD G. HOPKIRK, ESQ.
APPELLATE LITIGATION SECTION
STRAWBERRY SQUARE
HARRISBURG, PA 17120



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# INVOICE

Magna Legal Services
399 Thornall Street, 3rd Floor
Edison, NJ 08837
Phone:215.207.9460   Fax:215.207.9461

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7254 | 9/6/2007 | 3948 |
| Job Date | Case No. | |
| 8/15/2007 | | |
| Case Name | | |
| Soberick v. Borough of Lansford, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Howard G. Hopkirk, Esquire
Commonwealth of Pennsylvania Attorney General
Appellate Litigation Section
Strawberry Square
Harrisburg, PA 17120

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    John Soberick                                    301.00 Pages     @      3.55      1,068.55
    Shipping                                                                   15.00      15.00

**TOTAL DUE >>>**      **$1,083.55**

Thank you. We appreciate your business.

**RECEIVED**

SEP 1 0 2007

Office of Attorney General
Appellate Litigation Section

**Tax ID:** 20-8474245

*Please detach bottom portion and return with payment.*

Howard G. Hopkirk, Esquire
Commonwealth of Pennsylvania Attorney General
Appellate Litigation Section
Strawberry Square
Harrisburg, PA 17120

Invoice No.   : 7254
Invoice Date  : 9/6/2007
**Total Due**     : **$ 1,083.55**

Remit To: **Magna Legal Services**
           **Two Penn Center**
           **Suite 910**
           **Philadelphia, PA 19102**

Job No.     : 3948
BU ID      : EDISON
Case No.   :
Case Name  : Soberick v. Borough of Lansford, et al

# INVOICE

Magna Legal Services
399 Thornall Street, 3rd Floor
Edison, NJ 08837
Phone: 215.207.9460   Fax: 215.207.9461

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 12067 | 2/28/2008 | 8172 |
| Job Date | Case No. | |
| 1/21/2008 | | |
| Case Name | | |
| Soberick v. Borough of Lansford, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Howard G. Hopkirk, Esquire
Commonwealth of Pennsylvania Attorney General
Appellate Litigation Section
Strawberry Square
Harrisburg, PA 17120

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| John Soberick | 149.00 Pages @ | 2.55 | 379.95 |
| Shipping | | 15.00 | 15.00 |
| | TOTAL DUE >>> | | $394.95 |

Thank you. We appreciate your business.

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

Ok to pay
Howard Hopkirk

**RECEIVED**

MAR 0 3 2008

Office of Attorney General
Litigation Section

√ # 746837-001

Tax ID: 20-8474245                                                                 Phone: 717.783.1478   Fax:

*Please detach bottom portion and return with payment.*

Howard G. Hopkirk, Esquire
Commonwealth of Pennsylvania Attorney General
Appellate Litigation Section
Strawberry Square
Harrisburg, PA 17120

Invoice No.   : 12067
Invoice Date  : 2/28/2008
**Total Due**    : **$ 394.95**

Job No.    : 8172
BU ID      : EDISON
Case No.   :
Case Name  : Soberick v. Borough of Lansford, et al

Remit To: **Magna Legal Services**
          **Two Penn Center**
          **Suite 910**
          **Philadelphia, PA 19102**

# INVOICE

**Ambassador Legal Services**

Tel. (215) 241-1000

**RECEIVED**

FEB 1 9 2008

Office of Attorney General
Litigation Section

**Bill To:** Howard G. Hopkirk, Esq.
Office Of Attorney General
Civil Litigation Section
Strawberry Square 15th Floor
Harrisburg, PA 17120

| | |
|---|---|
| Invoice #: | PA56783 |
| Invoice Date: | 02/06/2008 |
| Balance Due: | $258.00 |

| | |
|---|---|
| Case: | Soberick v. Borough of Lansford, et al |
| Job #: | 85202  |  Job Date: 1/21/2008  |  Delivery:  Normal |
| Location: | Karoly Law Offices<br>1555 North 18th Street | Allentown, PA 18104 |

Vendor No. 000031424:

| Jeremy Sommers | Transcript - Copy/Copies | Page | 121.00 | $2.00 | $242.00 |
|---|---|---|---|---|---|
| | Shipping & handling | Packag | 1.00 | $16.00 | $16.00 |

| | |
|---|---|
| Invoice Total: | $258.00 |
| Payment: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $258.00 |

**Notes:**

V#314240

Fed. Tax ID: 20-3134905     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

*Ok to pay*
*Howard W. Hopkirk*

---

Please tear off stub and return with payment.

Make check payable to:

Ambassador Legal Services
1845 Walnut St, 15th Floor
Philadelphia, PA 19103

VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

# INVOICE

**Ambassador Legal Services**

Tel. (215) 241-1000

MAR 0 3 2008

Office of Attorney General
Litigation Section

**Bill To:** Howard G. Hopkirk, Esq.
Office Of Attorney General
Appellate Litigation Section
Strawberry Square
Harrisburg, PA 17120

**Invoice #:** PA57849
**Invoice Date:** 02/28/2008
**Balance Due:** $448.50

| Case: | Soberick v. Borough of Lansford, et al |
|---|---|
| Job #: | 86406  |  Job Date: 2/20/2008  |  Delivery: Normal |
| Location: | Karoly Law Offices |
|  | 1555 North 18th Street | Allentown, PA 18104 |

V# 314240

OK to pay
H Hopkirk

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Agent Barry Moran | Transcript - Copy/Copies | Page | 216.00 | $2.00 | $432.00 |
| 2 | | Exhibit - copying | Per pag | 1.00 | $0.25 | $0.25 |
| 3 | | Exhibit scanning | Per pag | 1.00 | $0.25 | $0.25 |
| 4 | | Shipping & handling | Packag | 1.00 | $16.00 | $16.00 |

**Notes:** Procurement Number 314240

| | |
|---|---|
| Invoice Total: | $448.50 |
| Payment: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $448.50 |

Fed. Tax ID: 20-3134905          Term: Net 30

TERMS  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:

Ambassador Legal Services
25B Vreeland Rd., Suite 301
Florham Park, NJ 07932

**Invoice #:** PA57849
**Job #:** 86406
**Invoice Date:** 02/28/2008
**Balance:** $448.50

VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED